## Commonwealth *v.* Abram, Appellant.

Argued November 14, 1969. *John J. Dean,* Trial Defender, and *George H. Ross,* Public Defender, for appellant; *Robert L. Campbell,* Assistant District Attorney, with him *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Armstrong, Appellant.

Argued November 12, 1969. *Burton L. Fish,* for appellant; *Richard D. Agresti,* Assistant District Attorney, with him *William E. Pfadt,* District Attorney, for Commonwealth, appellee.

Order affirmed.